1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CLIFFORD DEAN GOOLSBY, | ) | Case No.: 1:15-cv-00615- JLT |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (Doc. 16) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| Defendant. | ) ) | |

On January 11, 2016, the parties filed a stipulation for an extension of time for Plaintiff to serve his confidential letter brief. (Doc. 16) The Scheduling Order permits a single extension by the stipulation of parties (Doc. 9 at 4), and this is the first extension requested by the parties. Accordingly, **IT IS HEREBY ORDERED**:

    1.    Plaintiff's request for an extension of time is **GRANTED**; and

    2.    Plaintiff **SHALL** serve his confidential letter brief on or before **February 8, 2016**.

IT IS SO ORDERED.

Dated: **January 13, 2016**          **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE