# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD DEAN GOOLSBY,<br><br>          Plaintiff,<br><br>     v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:15-cv-00615 – JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On June 21, 2017, Plaintiff Clifford Dean Goolsby and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 1920 and 2412(d). (Doc. 25)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS**: fees and costs in the total amount of $5,165.22 are **AWARDED** to Plaintiff, Clifford Dean Goolsby.

IT IS SO ORDERED.

Dated: **June 22, 2017**          **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.